1  CENTER FOR DISABILITY ACCESS
2  Amanda Seabock, Esq., SBN 289900
   Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   Mail: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff

7  CHARLIE W. YU (SBN: 268233)
   cyu@essentiallawgroup.com
8  ESSENTIAL LAW GROUP, PC
   548 Market Street, PMB 48752
9  San Francisco, CA 94104
   Telephone: (415) 349-5180
10 Facsimile: (415) 349-5181
   Attorney for Defendant
11 JD2 Partners LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>     Plaintiff,<br><br>  v.<br><br>JD2 PARTNERS LLC, a California Limited Liability Company<br><br>     Defendants. | Case: 3:21-cv-07054-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 13, 2022          CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: March 13, 2022          ESSENTIAL LAW GROUP, PC

                               By: /s/ Charlie W. Yu
                                   Charlie W. Yu
                                   Attorneys for Defendant
                                   JD2 Partners LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Charlie W. Yu, counsel for JD2 Partners LLC, and that I have obtained Mr. Yu's authorization to affix his electronic signature to this document.

Dated: March 13, 2022          CENTER FOR DISABILITY ACCESS

                                           By: /s/ Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff